# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

**NISHAN SINGH,**

Plaintiff,

v.

**JONATHAN CRAWFORD, et. al,**

Defendants.

1:13-cv-01895 MJS

**ORDER DIRECTING CLERK OF COURT TO CLOSE CASE**

**[Doc. 14]**

This is an immigration case in which Plaintiff Nishan Singh seeks to compel action on his long pending application for naturalization. Both parties have consented to Magistrate Judge jurisdiction under 28 U.S.C. § 636(c). (ECF Nos. 7-8.)

On January 29, 2014, Defendants filed a motion to remand the action back to the United States Citizenship and Immigration Services ("USCIS"). (ECF No. 9.) On March 6, 2014, the Court granted the motion and remanded the action to USCIS. Further, on June 24, 2014, the Court granted Plaintiff's motion for attorney's fees. (ECF No. 26.)

///

///

1 | The matter has been fully adjudicated by the Court. Accordingly, the Court directs
2 | the Clerk of Court to close the case.
3 |
4 | IT IS SO ORDERED.
5 | Dated:   May 21, 2015               /s/ *Michael J. Seng*
6 |                                  UNITED STATES MAGISTRATE JUDGE